# Courtroom Minute Entry

**Room:** Judge Tinsley Charleston  **Case No.:** 2:25-cr-00052  **Type:** Detention Hearing
**Caption:** USA V. Kenneth McCord  **Judge:** Judge Tinsley

**Started:** 4/1/2025 11:02:18 AM
**Ends:** 4/1/2025 11:06:13 AM  **Length:** 00:03:56

Judge Dwane L. Tinsley
Courtroom Deputy: Kim Begovich
Defendant: Kenneth McCord
Assistant U.S. Attorney: Jennifer R. Herrald
Retained Defense Attorney: Timothy J. LaFon
Probation Officer: Shamika Wade
Court Reporter: CourtSmart

**DETENTION HEARING**

| Time | Event |
|---|---|
| 11:04:00 AM | Judge Dwane L. Tinsley |
| 11:04:06 AM | Called cased, noted appearances of counsel, defendant present in courtroom |
| 11:04:38 AM | We are here today for a detention hearing and are proceeding on the Indictment filed today |
| 11:04:59 AM | Court and parties review and discuss Pretrial Services Report |
| 11:05:01 AM | Assistant U.S. Attorney: Jennifer R. Herrald |
| 11:05:02 AM | No additions or corrections to Pretrial Services Report at this time |
| 11:05:06 AM | Retained Defense Attorney: Timothy J. LaFon |
| 11:05:07 AM | No additions or corrections to Pretrial Services Report at this time |
| 11:05:09 AM | Judge Dwane L. Tinsley |
| 11:05:13 AM | The government has previously filed a Motion for Detention that invokes the rebuttable presumption. Does the defendant contest detention today? |
| 11:05:18 AM | CJA Panel Attorney: Timothy J. LaFon |
| 11:05:20 AM | Move to continue to the arraignment |
| 11:05:30 AM | Assistant U.S. Attorney: Jennifer R. Herrald |
| 11:05:32 AM | No objections |
| 11:05:36 AM | Judge Dwane L. Tinsley |
| 11:05:38 AM | Arraignment and detention is now set for Monday, April 7, 2025, at 2:00 p.m. |
| 11:05:56 AM | Ordered the defendant detained and remanded to the custody of the US Marshals Service |
| 11:05:58 AM | Hearing Adjourned |