UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF WEST VIRGINIA
CHARLESTON DIVISION

**UNITED STATES OF AMERICA**

v.                                                            Case No.: 2:25-cr-00052

**KENNETH MCCORD**

**O R D E R**

On April 1, 2025, came the United States by Jennifer R. Herrald, Assistant United States Attorney, and came the defendant in person and by counsel, Timothy J. LaFon, for the purpose of a preliminary hearing on a criminal complaint and a detention hearing as previously Ordered by the Court in Case Number 2:25-mj-00065.  Also present was Shamika Wade, United States Probation Officer.  However, on April 1, 2025, prior to the hearing, the Federal Grand Jury returned an indictment against the above-named defendant.  Accordingly, it is hereby **ORDERED** that the preliminary hearing is therefore cancelled.

The Court then proceeded to the detention hearing.  Counsel for the defendant requested a continuance of the detention hearing and requested that it be held on the same date and time of the arraignment in this matter.

Therefore, it is **ORDERED** that the defendant shall next appear for an arraignment and detention hearing before the undersigned Magistrate Judge on *Monday, April 7, 2025, at 2:00 p.m.*, in Charleston.

Accordingly, it is hereby **ORDERED** that the defendant is detained and remanded to the custody of the United States Marshal pending further Order of the Court.

The Clerk is directed to provide copies of this Order to the defendant, all counsel of record, the United States Probation Department, and the United States Marshals Service.

**ENTER:** April 1, 2025

                                        Dwane L. Tinsley
                                        United States Magistrate Judge