# Courtroom Minute Entry

**Room:** Judge Tinsley Charleston  **Case No.:** 2:25-cr-00052  **Type:** Arraignment/Detention Hearing
**Caption:** USA v. Kenneth McCord  **Judge:** Judge Tinsley

**Started:** 4/7/2025 2:01:33 PM
**Ends:** 4/7/2025 2:13:31 PM  **Length:** 00:11:59

Judge Dwane L. Tinsley
Courtroom Deputy: Kim Begovich
Defendant: Kenneth McCord
Assistant U.S. Attorney: Jennifer R. Herrald
Retained Defense Attorney: Timothy J. LaFon
Probation Officer: Patrick M. Fidler
Court Reporter: CourtSmart

**ARRAIGNMENT AND DETENTION HEARING**

| Time | Event |
|---|---|
| 2:03:47 PM | Called case, noted appearances of counsel, defendant present in courtroom |
| 2:04:07 PM | Defendant placed under oath by Courtroom Deputy |
| 2:04:33 PM | Stated rights of defendant and defendant acknowledged these rights |
| 2:04:46 PM | Defendant: Kenneth McCord |
| 2:04:48 PM | Stated personal information |
| 2:04:51 PM | Judge Dwane L. Tinsley |
| 2:04:52 PM | Questions defendant about indictment related matters |
| 2:07:51 PM | Defendant pleads not guilty to charge(s) contained in the indictment |
| 2:07:54 PM | Stated district judge assignment, and dates for trial and pretrial motions hearing |
| 2:08:12 PM | If courtroom technology is required for use at trial or other proceedings, counsel shall notify the court's technology staff five business days prior to commencement of the proceeding |
| 2:08:43 PM | Defendant does not waive the right to be present at the pretrial motions hearing |
| 2:09:42 PM | Parties have elected the standard discovery; pretrial motions, voir dire and witness list dates given |
| 2:10:04 PM | Make sure chambers receives a copy of all motions filed with the clerk |
| 2:11:11 PM | Advised counsel to give USMS 30 days notice for out-of-custody defendants/witnesses and cancel when unnecessary |
| 2:11:25 PM | Court and parties review and discuss Pretrial Services Report |
| 2:11:45 PM | The Gov't previously filed a motion for detention hearing |
| 2:12:05 PM | Retained Defense Attorney: Timothy J. LaFon |
| 2:12:07 PM | Not contesting today but reserves the right to file a motion to reopen |
| 2:12:26 PM | Assistant U.S. Attorney: Jennifer R. Herrald |
| 2:12:28 PM | No objection |
| 2:12:32 PM | Judge Dwane L. Tinsley |
| 2:12:35 PM | Defendant is to file a motion |
| 2:12:40 PM | Reminder of due Process Protections Act of 2020 |
| 2:12:52 PM | Anything else counsel wishes to address? |
| 2:12:56 PM | Ordered the defendant detained and remanded to the custody of the US Marshals Service |
| 2:13:14 PM | Hearing adjourned |