# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF WEST VIRGINIA
# CHARLESTON DIVISION

**UNITED STATES OF AMERICA**

v.                                              Case No.: 2:25-cr-00052

**KENNETH MCCORD**

## O R D E R

On April 7, 2025, came the United States of America by Jennifer R. Herrald, Assistant United States Attorney, and came the defendant in person and by counsel, Timothy J. LaFon, for the purpose of an arraignment and detention hearing as previously ordered by the Court. Also present was Patrick M. Fidler, Senior United States Probation Officer.

The Arraignment was held and the Arraignment Order and Standard Discovery Requests was completed and filed. Following the arraignment, the Court proceeded to the detention hearing.

The United States previously filed a Motion for Detention Hearing and invoked the rebuttable presumption, therefore, the Court proceeded to the detention hearing. Counsel for the defendant advised the Court that the defendant did not contest detention at this time but reserved the right to revisit the issue at a later date. The Court advised counsel to file an appropriate motion if he wished to reopen the issue of detention. Based on the defendant not contesting detention, the Court finds that there is no condition or combination of conditions of release that will reasonably assure the safety of others and the community at this time.

Accordingly, it is hereby **ORDERED** that the defendant be detained and remanded to the custody of the United States Marshal pending further proceedings.

The Clerk is directed to provide copies of this Order to the defendant, all counsel of record, the United States Probation Department, and the United States Marshals Service.

**ENTER:** April 7, 2025

Dwane L. Tinsley
United States Magistrate Judge